UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANK RICHARD CORONEL,<br><br>    Plaintiff,<br><br>    v.<br><br>R. FERNANDEZ,<br><br>    Defendant. | No. 2:24-cv-02389-DC-EFB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 10) |

Plaintiff Hank Richard Coronel, a state prisoner proceeding *pro se* filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 10, 2025, the magistrate judge filed findings and recommendations herein, which were served on all parties and contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. (Doc. No. 10.) Plaintiff has not filed objections to the findings and recommendations, and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed on November 10, 2025 (Doc. No. 10) are ADOPTED in full;
2. This action is dismissed without prejudice for Plaintiff's failure to pay the filing fee; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **December 31, 2025**

Dena Coggins
United States District Judge

2